

William J. Downes – Associate
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
wdownes@mizrahikroub.com
www.mizrahikroub.com

February 18, 2022

**VIA ECF**

The Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *Tavarez v. Extract Labs, Inc.*; Case No. 1:21-cv-9916 (JPO)

Dear Judge Oetken:

  We represent plaintiff Victoriano Tavarez ("Plaintiff") in the above-referenced matter and respectfully write in response to defendant Extract Labs, Inc.'s ("Defendant") motion to dismiss. *See* Docket Number 13. Per this Court's Individual Rules and Practices Rule 3(D)(ii), Plaintiff intends to file an amended pleading in this action by or on February 28, 2022.

            Respectfully submitted,
            /s/ *William J. Downes*
            William J. Downes, Esq.

Cc: All Counsel of Record (via ECF)