UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

VICTORIANO TAVAREZ, Individually, and
On Behalf of All Others Similarly Situated,

                             Plaintiff,

      vs.

EXTRACT LABS INC.,

                        Defendant.

———————————————————————— x

Civil Action No.: 1:21-cv-09916-JPO

DECLARATION OF EDWARD Y. KROUB
IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION
TO DISMISS

I, Edward Y. Kroub, hereby declare as follows:

1.      I am counsel of record for Plaintiff Victoriano Tavarez ("Plaintiff"). I have personal knowledge of the matters discussed hereto.

2.      Attached hereto as Exhibit A is a true and accurate copy of the transcript of order by Colleen McMahon in the case of *Dilenia Paguada v. Malibu Wellness, Inc.*, 1:22-cv-01840 (CM), dated May 12, 2022.

3.      Attached hereto as Exhibit B is a true and accurate copy of the transcript of a decision by Katherine Polk Failla in the case of *Cristian Sanchez v. Welcome Skateboards Inc.*, 21-Civ-2598 (KPF), dated January 27, 2022.

4.      Attached hereto is as Exhibit C is a true and accurate copy of the Declaration of Robert D. Moody, dated June 27, 2022.

I, Edward Y. Kroub, on this 29th day of June, 2022, hereby declare, pursuant to 28 U.S.C §1746, under penalty of perjury under the Laws of the United States of America, that the foregoing is true and correct.

/s/ Edward Y. Kroub
EDWARD Y. KROUB