| | |
|---|---|
| **From:** | William Downes |
| **To:** | Veronica Vecchio |
| **Cc:** | Mike Laszlo; Jarrett Charo |
| **Subject:** | RE: Tavarez v. Extract Labs |
| **Date:** | Thursday, December 9, 2021 4:12:28 PM |

Dear Ms. Vecchio,

We want to keep this case moving. We will not agree to a waiver and will serve your client normally.

Sincerely,
Will Downes.

**From:** Veronica Vecchio <vecchio@laszlolaw.com>
**Sent:** Wednesday, December 8, 2021 11:20 AM
**To:** William Downes <wdownes@mizrahikroub.com>
**Cc:** Mike Laszlo <mlaszlo@laszlolaw.com>; Jarrett Charo <jcharo@mizrahikroub.com>
**Subject:** [External] RE: Tavarez v. Extract Labs

Mr. Downes,
Can you explain why you are unwilling to proceed per the attached waiver of service? We would like to cooperate and save unnecessary expenses related to service.
Thank you.
Veronica

**From:** William Downes <wdownes@mizrahikroub.com>
**Sent:** Tuesday, December 7, 2021 1:37 PM
**To:** Veronica Vecchio <vecchio@laszlolaw.com>
**Cc:** Mike Laszlo <mlaszlo@laszlolaw.com>; Jarrett Charo <jcharo@mizrahikroub.com>
**Subject:** RE: Tavarez v. Extract Labs

Dear Ms. Vecchio,

I cannot provide a waiver of service in this matter. However, please let me know if you are authorized to accept service on behalf of your client and I will transmit the complaint and associated documents to you.

Additionally, please let me know if you are interested in pursuing an early resolution of the case and, if so, what your availability for a call is this week.

Thanks very much,
Will Downes.

**From:** Veronica Vecchio <vecchio@laszlolaw.com>
**Sent:** Tuesday, December 7, 2021 3:25 PM

EXHIBIT A

**To:** William Downes <wdownes@mizrahikroub.com>
**Cc:** Mike Laszlo <mlaszlo@laszlolaw.com>
**Subject:** [External] Tavarez v. Extract Labs

Mr. Downes,
Our firm represents Extract Labs and our client recently learned of the lawsuit you filed in the SDNY, Case No. 1:21-cv-09916.  My client is willing to sign a waiver of service.
Please send over the form and we will send it back to you with a signature.

Thank you.

Veronica L. Vecchio, Esq.
LaszloLaw
2595 Canyon Blvd. Suite 210
Boulder, CO 80302
(303) 926-0410


THIS INFORMATION IS NOT INTENDED TO SERVE AS LEGAL ADVICE AND THEREFORE MAY NOT BE RELIED UPON AS SUCH.  THE TRANSMISSION AND/OR RECEIPT OF THIS INFORMATION DOES NOT CREATE A LAWYER-CLIENT RELATIONSHIP.  THIS INFORMATION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY VIA E-MAIL AT vecchio@laszlolaw.com OR BY TELEPHONE AT (303) 926-0410.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

EXHIBIT A