**From:** William Downes
**To:** Mike Laszlo; Veronica Vecchio
**Cc:** Jarrett Charo
**Subject:** RE: [External] Tavarez v. Extract Labs
**Date:** Thursday, January 20, 2022 2:23:54 PM

Dear Mr. Laszlo,

We believe the current complaint is sufficient. However, if you could provide us with significantly more detailed bases for your anticipated motion, we will consider stipulating to file an amended complaint. We hope to address specific details in order to avoid repeated amendments.

Sincerely,
Will Downes.

**From:** Mike Laszlo <mlaszlo@laszlolaw.com>
**Sent:** Monday, January 17, 2022 1:40 PM
**To:** William Downes <wdownes@mizrahikroub.com>; Veronica Vecchio <vecchio@laszlolaw.com>
**Cc:** Jarrett Charo <jcharo@mizrahikroub.com>
**Subject:** RE: [External] Tavarez v. Extract Labs

Will,

I believe your client can amend without stipulation given we have not yet filed a response.  Because we are not yet admitted PHV, we cannot stipulate or otherwise participate in any filing.  My client will waive service, and you can send to us for execution.

**From:** William Downes <wdownes@mizrahikroub.com>
**Sent:** Monday, January 17, 2022 10:19 AM
**To:** Mike Laszlo <mlaszlo@laszlolaw.com>; Veronica Vecchio <vecchio@laszlolaw.com>
**Cc:** Jarrett Charo <jcharo@mizrahikroub.com>
**Subject:** RE: [External] Tavarez v. Extract Labs

Dear Mr. Laszlo,

Would your client be willing to stipulate to an amendment as opposed to waiving service?

Sincerely,
Will Downes.

**From:** Mike Laszlo <mlaszlo@laszlolaw.com>
**Sent:** Wednesday, January 12, 2022 10:56 AM
**To:** William Downes <wdownes@mizrahikroub.com>; Veronica Vecchio <vecchio@laszlolaw.com>
**Cc:** Jarrett Charo <jcharo@mizrahikroub.com>
**Subject:** RE: [External] Tavarez v. Extract Labs

EXHIBIT B

Will, following up on our conferral below.  Thanks, Mike

---

**From:** Mike Laszlo
**Sent:** Friday, January 7, 2022 6:30 AM
**To:** William Downes <wdownes@mizrahikroub.com>; Veronica Vecchio <vecchio@laszlolaw.com>
**Cc:** Jarrett Charo <jcharo@mizrahikroub.com>
**Subject:** RE: [External] Tavarez v. Extract Labs

Will,

Thank you for your response.  Respectfully, your demand is rejected.

My client has remediated the website and intends to file a motion to dismiss on that basis, for lack of standing, and failure to state a claim.  Simply, the complaint is severely lacking of any plausible allegation to support the asserted claims.  If you intend to amend your complaint, please let me know, and I will waive service of the amended complaint.

Thank you,

Mike

---

**From:** William Downes <wdownes@mizrahikroub.com>
**Sent:** Tuesday, January 4, 2022 6:33 PM
**To:** Mike Laszlo <mlaszlo@laszlolaw.com>; Veronica Vecchio <vecchio@laszlolaw.com>
**Cc:** Jarrett Charo <jcharo@mizrahikroub.com>
**Subject:** RE: [External] Tavarez v. Extract Labs

Privileged and Confidential, Subject to FRE 408.

The initial demand for this case is 45,000 and remediation of the website. We will not be producing pre-discovery.

Sincerely,
Will Downes.

---

**From:** Mike Laszlo <mlaszlo@laszlolaw.com>
**Sent:** Monday, January 3, 2022 12:42 PM
**To:** William Downes <wdownes@mizrahikroub.com>; Veronica Vecchio <vecchio@laszlolaw.com>
**Cc:** Jarrett Charo <jcharo@mizrahikroub.com>
**Subject:** RE: [External] Tavarez v. Extract Labs

Will,

EXHIBIT B

If you have a demand, please provide it along with documentation regarding your client's visit to my client's website, with a date stamp and any other supporting documentation you have for the claim.

Thanks, Mike

Michael J. Laszlo
Attorney

**LaszloLaw**®

2595 Canyon Blvd. Suite 210
Boulder, CO 80302
303.704.6927 (mobile)
303.926.0410 (firm)
303.443.0758 (fax)
mlaszlo@laszlolaw.com
Licensed in CO, CA, AZ, WA

***CONFIDENTIAL***The information contained in this e-mail message, both in the body of the message and in any attachment hereto, is intended only for the personal and confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify Mike Laszlo immediately by e-mail at mlaszlo@laszlolaw.com, and permanently delete the original message.

---

**From:** William Downes <wdownes@mizrahikroub.com>
**Sent:** Thursday, December 9, 2021 4:12 PM
**To:** Veronica Vecchio <vecchio@laszlolaw.com>
**Cc:** Mike Laszlo <mlaszlo@laszlolaw.com>; Jarrett Charo <jcharo@mizrahikroub.com>
**Subject:** RE: Tavarez v. Extract Labs

Dear Ms. Vecchio,

We want to keep this case moving. We will not agree to a waiver and will serve your client normally.

Sincerely,
Will Downes.

---

**From:** Veronica Vecchio <vecchio@laszlolaw.com>
**Sent:** Wednesday, December 8, 2021 11:20 AM
**To:** William Downes <wdownes@mizrahikroub.com>
**Cc:** Mike Laszlo <mlaszlo@laszlolaw.com>; Jarrett Charo <jcharo@mizrahikroub.com>
**Subject:** [External] RE: Tavarez v. Extract Labs

Mr. Downes,

EXHIBIT B

Can you explain why you are unwilling to proceed per the attached waiver of service? We would like to cooperate and save unnecessary expenses related to service.

Thank you.

Veronica

---

**From:** William Downes <wdownes@mizrahikroub.com>
**Sent:** Tuesday, December 7, 2021 1:37 PM
**To:** Veronica Vecchio <vecchio@laszlolaw.com>
**Cc:** Mike Laszlo <mlaszlo@laszlolaw.com>; Jarrett Charo <jcharo@mizrahikroub.com>
**Subject:** RE: Tavarez v. Extract Labs

Dear Ms. Vecchio,

I cannot provide a waiver of service in this matter. However, please let me know if you are authorized to accept service on behalf of your client and I will transmit the complaint and associated documents to you.

Additionally, please let me know if you are interested in pursuing an early resolution of the case and, if so, what your availability for a call is this week.

Thanks very much,

Will Downes.

---

**From:** Veronica Vecchio <vecchio@laszlolaw.com>
**Sent:** Tuesday, December 7, 2021 3:25 PM
**To:** William Downes <wdownes@mizrahikroub.com>
**Cc:** Mike Laszlo <mlaszlo@laszlolaw.com>
**Subject:** [External] Tavarez v. Extract Labs

Mr. Downes,

Our firm represents Extract Labs and our client recently learned of the lawsuit you filed in the SDNY, Case No. 1:21-cv-09916.  My client is willing to sign a waiver of service.

Please send over the form and we will send it back to you with a signature.

Thank you.

Veronica L. Vecchio, Esq.

LaszloLaw

2595 Canyon Blvd. Suite 210

Boulder, CO 80302

(303) 926-0410

THIS INFORMATION IS NOT INTENDED TO SERVE AS LEGAL ADVICE AND THEREFORE MAY NOT BE RELIED UPON AS SUCH.  THE TRANSMISSION AND/OR RECEIPT OF THIS INFORMATION DOES NOT

EXHIBIT B

CREATE A LAWYER-CLIENT RELATIONSHIP.  THIS INFORMATION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY VIA E-MAIL AT vecchio@laszlolaw.com OR BY TELEPHONE AT (303) 926-0410.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

EXHIBIT B