

**LaszloLaw**
2595 Canyon Blvd. Suite 210
Boulder, CO 80302
Phone: 303-926-0410
Tax ID: 26-0118073

Invoice submitted to:
**EXTRACT LABS, INC**
1399 Horizon Avenue
Lafayette, CO 80026, USA

**Invoice # 13486**

Invoice Date: 01/01/22
Terms: COD
Services Through: 12/31/21

[Content redacted]

FINANCE CHG. APPLIED AFTER 60 DAYS AT 1.6% MONTHLY

EXHIBIT C

Page: 1 of 3

| Date | By | Type | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| In Reference To: | | **TAVAREZ v. EXTRACT (Professional Services)** | | | | |
| 12/07/21 | VV | Review | Review PACER, ICCES for ADA lawsuit, contacting Plaintiff's counsel re waiver, review of class action lawsuit | 0.80 | 325.00 | $260.00 |
| 12/08/21 | VV | Review | Received communication re waiver of service, pulled form, sent to counsel | 0.10 | 325.00 | $32.50 |
| 12/10/21 | VV | Correspondence | Received communication from counsel for Plaintiff Tavarez - refusal to allow us to waive service | 0.10 | 325.00 | $32.50 |
| 12/21/21 | VV | Review | Review case in Pacer for proof of service, calendar deadline for responsive pleading | 0.10 | 325.00 | $32.50 |

FINANCE CHG. APPLIED AFTER 60 DAYS AT 1.6% MONTHLY

EXHIBIT C

| Date | By | Type | Service Summary | Hours/Qty | Rate | Amount |
|------|----|----|------|-----------|------|--------|
| | | | | Hours | | 1.10 |
| | | | | Labor: | | $357.50 |
| | | | | Invoice Amount: | | $357.50 |

FINANCE CHG. APPLIED AFTER 60 DAYS AT 1.6% MONTHLY

EXHIBIT C



**LaszloLaw**
2595 Canyon Blvd. Suite 210
Boulder, CO 80302
Phone: 303-926-0410
Tax ID: 26-0118073

Invoice submitted to:
**EXTRACT LABS, INC**
1399 Horizon Avenue
Lafayette, CO 80026,USA

**Invoice # 13525**

Invoice Date: 02/01/22
Terms: COD
Services Through: 02/01/22

| Date | By | Type | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| In Reference To: | **TAVAREZ v. EXTRACT (Professional Services)** | | | | | |
| 01/03/22 | VV | Review | Review local rules regarding Motion to Dismiss | 0.60 | 325.00 | $195.00 |

FINANCE CHG. APPLIED AFTER 60 DAYS AT 1.6% MONTHLY

EXHIBIT C

Page: 1 of 3

| Date | By | Type | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/06/22 | VV | Review | Obtaining Cert of Good Standing from Illinois and Colorado for pro hac vice certification | 1.00 | 325.00 | $325.00 |
| 01/06/22 | VV | Draft | Drafting Motion to Dismiss Class Action Complaint | 0.20 | 325.00 | $65.00 |
| 01/06/22 | VV | Research | Review of file in preparation for Motion to Dismiss: Complaint, similar case with similar issues for MTD | 1.20 | 325.00 | $390.00 |
| 01/07/22 | VV | Draft | Drafting Motion to Dismiss - Intro and Statement of Facts | 3.00 | 325.00 | $975.00 |
| 01/07/22 | VV | Draft | Drafting Motion to Dismiss - Legal Argument | 2.70 | 325.00 | $877.50 |
| 01/07/22 | MJL | Draft | Email with counsel re: demand and motion to dismiss (.2)Draft PHV papers for USDC SDNY (1)Emails with client re declaration (.2) | 1.40 | 375.00 | $525.00 |
| 01/07/22 | VV | Review | Review of Court Order on Ramon Jaquez v. Aqua Carpatica USA and incorporated into brief | 0.60 | 325.00 | $195.00 |
| 01/08/22 | VV | Draft | Drafting Motion to Dismiss - Legal Argument | 1.60 | 325.00 | $520.00 |
| 01/10/22 | VV | Draft | Drafting Legal Argument to Motion to Dismiss | 2.00 | 325.00 | $650.00 |
| 01/10/22 | VV | Draft | Drafting Client Declaration for Mtn to Dismiss | 1.40 | 325.00 | $455.00 |
| 01/10/22 | VV | Draft | Draft Motion for Pro Hac Vice | 0.90 | 325.00 | $292.50 |
| 01/10/22 | VV | Phone Call | Preparation for and conducting telephone call with client, Grant Rogers | 0.60 | 325.00 | $195.00 |
| 01/11/22 | VV | Correspondence | Email to chambers with copies of Motion for PHV | 0.20 | 325.00 | $65.00 |
| 01/11/22 | VV | Draft | Finalizing and filing Motion for Pro Hac Vice | 0.40 | 325.00 | $130.00 |
| 01/12/22 | VV | Draft | Drafting Legal Argument in Mtn to Dismiss | 0.70 | 325.00 | $227.50 |
| 01/12/22 | VV | Review | Review correspondence and files sent by client Grant Rogers regarding remediation and email regarding additional needs for compliance and declaration | 0.50 | 325.00 | $162.50 |
| 01/13/22 | VV | Review | Review of email from client and response regarding remediation of website | 0.20 | 325.00 | $65.00 |
| 01/13/22 | VV | Draft | Revising Motion to Dismiss | 2.40 | 325.00 | $780.00 |
| 01/13/22 | VV | Draft | Revisions to Declaration and submitted to client | 1.90 | 325.00 | $617.50 |
| 01/13/22 | VV | Draft | Draft Proposed Order | 0.40 | 325.00 | $130.00 |
| 01/14/22 | VV | Draft | Drafting Unopposed Motion for Extension of Time to File Responsive Pleading, review of Judge's practice standards as well as local rules | 1.00 | 325.00 | $325.00 |
| 01/14/22 | VV | Review | Received and reviewed order from court regarding proof of service | 0.10 | 325.00 | $32.50 |

FINANCE CHG. APPLIED AFTER 60 DAYS AT 1.6% MONTHLY

EXHIBIT C

| Date | By | Type | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/14/22 | VV | Correspondence | email to counsel regarding motion for extension due to court not ruling on MPHV | 0.10 | 325.00 | $32.50 |
| 01/17/22 | MJL | Correspondence | Email with Plaintiff's counsel re: Amended complaint | 0.10 | 375.00 | $37.50 |
| 01/19/22 | VV | Correspondence | Review of update from client on systems and compliance, final review of Declaration, email to client with Declaration and strategy update | 0.40 | 325.00 | $130.00 |
| 01/19/22 | VV | Phone Call | Call to opposing counsel regarding amended complaint and waiver of service/motion to dismiss | 0.10 | 325.00 | $32.50 |
| 01/19/22 | VV | Review | Review client updates to dropbox documents/reports, review signed declaration and answered questions regarding | 0.20 | 325.00 | $65.00 |
| 01/19/22 | VV | Draft | Revising Stipulated Motion and Letter to court for leave to file Motion to Dismiss | 0.70 | 325.00 | $227.50 |
| 01/21/22 | VV | Draft | Drafting response to Plaintiff's email with summary of arguments in motion to dismiss | 0.30 | 325.00 | $97.50 |
| 01/21/22 | VV | Draft | Revisions to Memorandum of Law on Motion to Dismiss in light of email communications with counsel | 0.70 | 325.00 | $227.50 |
| 01/24/22 | VV | Correspondence | email to opposing counsel regarding filing of amended complaint and deadline for responsive pleading | 0.20 | 325.00 | $65.00 |
| 01/24/22 | MJL | Correspondence | Discussion with Plaintiff's counsel re extension / amended complaint. | 0.10 | 375.00 | $37.50 |

In Reference To: **TAVAREZ v. EXTRACT (Expenses)**

| Date | By | Type | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/06/22 | VV | Filing Fee | CO Supreme Court - Certificate of Good Standing | 1.00 | 16.00 | $16.00 |
| 01/06/22 | VV | Postage | UPS Next Day Delivery- Supreme Court | 1.00 | 81.28 | $81.28 |
| 01/11/22 | VV | Filing Fee | Motion for Pro Hac Vice in NY Southern District Court | 1.00 | 200.00 | $200.00 |

|  |  |
|---|---|
| Hours | 27.90 |
| Labor: | $9,147.50 |
| Invoice Amount: | $9,444.78 |
| Total Expenses: | $297.28 |

FINANCE CHG. APPLIED AFTER 60 DAYS AT 1.6% MONTHLY

EXHIBIT C



**LaszloLaw**
**2595 Canyon Blvd. Suite 210**
**Boulder, CO 80302**
Phone: 303-926-0410
Tax ID: 26-0118073

Invoice submitted to:

**EXTRACT LABS, INC**
1399 Horizon Avenue
Lafayette, CO 80026,USA

**Invoice # 13579**

Invoice Date: 03/01/22
Terms: COD
Services Through: 03/01/22

| Date | By | Type | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| In Reference To: | | **TAVAREZ v. EXTRACT (Professional Services)** | | | | |
| 02/02/22 | VV | Draft | Revisions to Motion to Dismiss | 1.50 | 325.00 | $487.50 |
| 02/02/22 | VV | Review | Review of court order extending deadline for responsive pleading, updated calendar | 0.10 | 325.00 | $32.50 |
| 02/06/22 | VV | Draft | Revising Motion to Dismiss | 2.30 | 325.00 | $747.50 |
| 02/07/22 | VV | Draft | Revising Motion to Dismiss in light of new case law out of SDNY on this issue | 2.40 | 325.00 | $780.00 |
| 02/07/22 | VV | Draft | Finalizing and filing Motion to Dismiss | 1.10 | 325.00 | $357.50 |

FINANCE CHG. APPLIED AFTER 60 DAYS AT 1.6% MONTHLY

EXHIBIT C

Page: 1 of 2

| Date | By | Type | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/07/22 | MJL | Draft | Services in connection with drafting MTD; finalize for filing. | 1.30 | 375.00 | $487.50 |
| 02/09/22 | VV | Review | Review of local rule regarding response deadline and calendared | 0.10 | 325.00 | $32.50 |
| 02/09/22 | VV | Draft | Drafting Corporate Disclosure Statement and filing | 0.40 | 325.00 | $130.00 |
| 02/18/22 | VV | Review | Review of Plaintiff's letter to court and local rule regarding their response and email to client regarding | 0.20 | 325.00 | $65.00 |

In Reference To:  **TAVAREZ v. EXTRACT (Expenses)**

| Date | By | Type | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/01/22 | VV | Filing Fee | IL - Certificate of Good Standing (actual date 1/6/2022) | 1.00 | 15.00 | $15.00 |
| 02/01/22 | MJL | Filing Fee | Motion for Pro Hac Vice in NY Southern District Court For Michael Laszlo | 1.00 | 200.00 | $200.00 |

|  |  |
|---|---|
| Hours | 9.40 |
| Labor: | $3,120.00 |
| Invoice Amount: | $3,335.00 |

| | |
|---|---|
| Total Expenses: | $215.00 |

FINANCE CHG. APPLIED AFTER 60 DAYS AT 1.6% MONTHLY

EXHIBIT C

Page: 2 of 2



**LaszloLaw**
**2595 Canyon Blvd. Suite 210**
**Boulder, CO 80302**
**Phone: 303-926-0410**
**Tax ID: 26-0118073**

Invoice submitted to:
**EXTRACT LABS, INC**
1399 Horizon Avenue
Lafayette, CO 80026, USA

**Invoice # 13626**

Invoice Date: 04/01/22
Terms: COD
Services Through: 04/01/22

| Date | By | Type | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| In Reference To: | **TAVAREZ v. EXTRACT (Professional Services)** | | | | | |
| 03/01/22 | VV | Review | Review of docket/letter from Plaintiff's counsel and practice rules as Plaintiff failed to file timely | 0.30 | 325.00 | $97.50 |

| | |
|---|---|
| Total Hours: | 0.30 |
| Total Labor: | $97.50 |
| **Total Invoice Amount:** | **$97.50** |

FINANCE CHG. APPLIED AFTER 60 DAYS AT 1.6% MONTHLY

EXHIBIT C

Page: 1 of 1



**LaszloLaw**
2595 Canyon Blvd. Suite 210
Boulder, CO 80302
Phone: 303-926-0410
Tax ID: 26-0118073

Invoice submitted to:
**EXTRACT LABS, INC**
1399 Horizon Avenue
Lafayette, CO 80026, USA

**Invoice # 13711**

Invoice Date: 06/01/22
Terms: COD
Services Through: 06/01/22

| Date | By | Type | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| In Reference To: | | **TAVAREZ v. EXTRACT (Professional Services)** | | | | |
| 05/05/22 | VV | Draft | Review of new cases/orders on MTDs in ADA cases and review MTD with notes for new motion, began drafting Memorandum of Law | 2.00 | 325.00 | $650.00 |
| 05/05/22 | VV | Review | Review of Amended Complaint and local rules and court's standing order regarding responsive pleadings | 0.90 | 325.00 | $292.50 |
| 05/06/22 | VV | Phone Call | Call with client regarding status of accessible audit, website update and needs for declaration | 0.40 | 325.00 | $130.00 |
| 05/06/22 | VV | Draft | Revising Declaration of Grant Rogers based upon information from client regarding status/update of website changes | 0.60 | 325.00 | $195.00 |
| 05/19/22 | VV | Draft | Drafting Motion to Dismiss Amended Complaint | 2.00 | 325.00 | $650.00 |
| 05/20/22 | VV | Draft | Continued drafting Motion to Dismiss Amended Complaint | 0.40 | 325.00 | $130.00 |
| 05/20/22 | VV | Draft | Review of SDNY local rules regarding extensions, review of Judge's standing order, and drafting Motion for Extension of Time to file Motion to Dismiss | 1.10 | 325.00 | $357.50 |

FINANCE CHG. APPLIED AFTER 60 DAYS AT 1.6% MONTHLY

EXHIBIT C

Page: 1 of 2

| Date | By | Type | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/20/22 | VV | Correspondence | Received and responded to email from client regarding need to delay call and to follow up next week, email to counsel regarding extension request | 0.20 | 325.00 | $65.00 |
| 05/23/22 | VV | Review | Review of court order and email to client regarding | 0.20 | 325.00 | $65.00 |

In Reference To:  **TAVAREZ v. EXTRACT (Expenses)**

| Date | By | Type | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/05/22 | MJL | Westlaw Legal Research | Westlaw Access | 1.00 | 250.00 | $250.00 |

|  |  |
|---|---|
| Hours | 7.80 |
| Labor: | $2,535.00 |
| Invoice Amount: | $2,785.00 |
| Total Expenses: | $250.00 |

FINANCE CHG. APPLIED AFTER 60 DAYS AT 1.6% MONTHLY

EXHIBIT C



**LaszloLaw**
2595 Canyon Blvd. Suite 210
Boulder, CO 80302
Phone: 303-926-0410
Tax ID: 26-0118073

Invoice submitted to:
**EXTRACT LABS, INC**
1399 Horizon Avenue
Lafayette, CO 80026, USA

**Invoice # 13755**

Invoice Date: 07/01/22
Terms: COD
Services Through: 07/01/22

| Date | By | Type | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| In Reference To: | **TAVAREZ v. EXTRACT (Professional Services)** | | | | | |
| 06/03/22 | VV | Draft | Drafting Motion to Dismiss Amended Complaint | 2.10 | 325.00 | $682.50 |
| 06/03/22 | VV | Phone Call | Call with Grant regarding status of website re-build | 0.40 | 325.00 | $130.00 |

FINANCE CHG. APPLIED AFTER 60 DAYS AT 1.6% MONTHLY

EXHIBIT C

Page: 1 of 2

| Date | By | Type | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/06/22 | VV | Phone Call | Call with Grant regarding status of website and Declaration | 0.20 | 325.00 | $65.00 |
| 06/06/22 | VV | Draft | Revising Declaration and Motion to Dismiss Amended Complaint Table of Authorities and Table of Contents, Exhibit 1 and Memorandum | 0.90 | 325.00 | $292.50 |
| 06/07/22 | VV | Draft | Revise/Finalize Motion to Dismiss Amended Complaint | 2.70 | 325.00 | $877.50 |
| 06/07/22 | VV | Phone Call | Call with Grant re status of compliance | 0.20 | 325.00 | $65.00 |
| 06/07/22 | MJL | Review | Review and draft revisions to MTD | 1.20 | 375.00 | $450.00 |
| 06/08/22 | VV | Draft | Finalizing exhibits and motion and proposed order for filing | 0.90 | 325.00 | $292.50 |
| 06/22/22 | VV | Review | Review letter motion filed by Plaintiff, updated file | 0.10 | 325.00 | $32.50 |
| 06/23/22 | VV | Review | Review minute order re deadlines for response/reply and calendar | 0.20 | 325.00 | $65.00 |
| 06/29/22 | VV | Review | Review of Plaintiff's Response to Motion to Dismiss, notes to file for reply and email to client with notes a | 2.00 | 325.00 | $650.00 |
| 06/30/22 | VV | Correspondence | Review of emails from client and to Accessibe in response to MTD response | 0.20 | 325.00 | $65.00 |

|  |  |
|---|---|
| Hours | 11.10 |
| Labor: | $3,667.50 |
| Invoice Amount: | $3,667.50 |

FINANCE CHG. APPLIED AFTER 60 DAYS AT 1.6% MONTHLY

EXHIBIT C



**LaszloLaw**
2595 Canyon Blvd. Suite 210
Boulder, CO 80302
Phone: 303-926-0410
Tax ID: 26-0118073

Invoice submitted to:
**EXTRACT LABS, INC**
1399 Horizon Avenue
Lafayette, CO 80026, USA

**Invoice # 13782**

Invoice Date: 07/31/22
Terms: COD
Services Through: 07/31/22

| Date | By | Type | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| In Reference To: | | **TAVAREZ v. EXTRACT (Professional Services)** | | | | |
| 07/05/22 | VV | Review | Review of communications from client and from accessiBe regarding options for litigation support and preparation for call with client regarding reply | 0.80 | 325.00 | $260.00 |
| 07/06/22 | VV | Draft | Began drafting Reply in support of Motion to Dismiss Amended Complaint | 3.40 | 325.00 | $1,105.00 |

FINANCE CHG. APPLIED AFTER 60 DAYS AT 1.6% MONTHLY

Page: 1 of 2

EXHIBIT C

| Date | By | Type | Service Summary | Hours/Qty | Rate | Amount |
|------|----|----|-----------------|-----------|------|--------|
| 07/07/22 | VV | Draft | Review of cases cited by Plaintiff in Response, notes for reply and continued drafting Reply in support of Motion to Dismiss | 5.20 | 325.00 | $1,690.00 |
| 07/08/22 | VV | Draft | Drafting Reply in support of Motion to Dismiss | 2.60 | 325.00 | $845.00 |
| 07/08/22 | VV | Phone Call | Call to client Grant Rogers re status | 0.20 | 325.00 | $65.00 |
| 07/08/22 | VV | Draft | Compiling data and reports from AccessiBe for drafting of Supplemental Declaration | 0.60 | 325.00 | $195.00 |
| 07/11/22 | VV | Draft | Drafting Reply to Motion to Dismiss - 12(b)(6) Argument | 1.60 | 325.00 | $520.00 |
| 07/11/22 | VV | Draft | Revising Reply and integrating paragraphs of Supplemental Declaration into draft | 1.20 | 325.00 | $390.00 |
| 07/11/22 | VV | Draft | Preparing exhibits for Reply to Motion to Dismiss | 0.30 | 325.00 | $97.50 |
| 07/12/22 | MJL | Draft | Services in connection with draft MTD; research re law applicable to MTD. | 2.80 | 375.00 | $1,050.00 |
| 07/12/22 | VV | Draft | Revisions to Reply to Motion to Dismiss and drafting Table of Authorities and Table of Contents | 2.30 | 325.00 | $747.50 |
| 07/12/22 | MJL | Draft | Legal research re: MTD / refute Plaintiff's allegations re: screen reader argument. Finalize arguments and draft. | 2.10 | 375.00 | $787.50 |
| 07/13/22 | VV | Phone Call | Call to client re Supplemental Declaration | 0.10 | 325.00 | $32.50 |
| 07/13/22 | VV | Draft | Reviewing/revising Reply to Motion to Dismiss, finalizing and filing | 1.30 | 325.00 | $422.50 |
| 07/13/22 | VV | Draft | Review of signed supplemental declaration and incorporating it as an exhibit | 0.20 | 325.00 | $65.00 |

In Reference To: **TAVAREZ v. EXTRACT (Expenses)**

| Date | By | Type | Service Summary | Hours/Qty | Rate | Amount |
|------|----|----|-----------------|-----------|------|--------|
| 07/12/22 | MJL | Westlaw Legal Research | WL Research | 1.00 | 250.00 | $250.00 |

|  |  |
|--|--|
| Hours | 24.70 |
| Labor: | $8,272.50 |
| Invoice Amount: | $8,522.50 |
| Total Expenses: | $250.00 |

FINANCE CHG. APPLIED AFTER 60 DAYS AT 1.6% MONTHLY

EXHIBIT C

Page: 2 of 2



**LaszloLaw**
**2595 Canyon Blvd. Suite 210**
**Boulder, CO 80302**
**Phone: 303-926-0410**
**Tax ID: 26-0118073**

Invoice submitted to:

**EXTRACT LABS, INC**
1399 Horizon Avenue
Lafayette, CO 80026,USA

**Invoice # 13910**

Invoice Date: 11/01/22
Terms: COD
Services Through: 10/31/22

| | | | | | | |
|---|---|---|---|---|---|---|
| In Reference To: | **TAVAREZ v. EXTRACT (Professional Services)** | | | | | |
| 10/31/22 | VV | Review | Review Notice filed by attorney for Tavarez - updated file | 0.10 | 325.00 | $32.50 |
| | | | | Hours | | 0.10 |
| | | | | Labor: | | $32.50 |
| | | | | Invoice Amount: | | $32.50 |

FINANCE CHG. APPLIED AFTER 60 DAYS AT 1.6% MONTHLY

EXHIBIT C

Page: 1 of 1



**LaszloLaw**
**2595 Canyon Blvd. Suite 210**
**Boulder, CO 80302**
**Phone: 303-926-0410**
**Tax ID: 26-0118073**

Invoice submitted to:
**EXTRACT LABS, INC**
1399 Horizon Avenue
Lafayette, CO 80026, USA

**Invoice # 13993**

Invoice Date: 01/01/23
Terms: COD
Services Through: 01/01/23

| Date | By | Type | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| In Reference To: | | **TAVAREZ v. EXTRACT (Professional Services)** | | | | |
| 12/21/22 | VV | Phone Call | Received call from counsel, returned call | 0.10 | 325.00 | $32.50 |
| 12/21/22 | VV | Correspondence | Review of 42 USC 12205 re recovery of fees, email to client regarding proposed settlement per call with counsel | 0.50 | 325.00 | $162.50 |
| 12/22/22 | VV | Correspondence | Email follow up to client regarding settlement | 0.10 | 325.00 | $32.50 |
| 12/22/22 | VV | Review | Review of recent Tavarez decision, research other cases in Westlaw | 0.60 | 325.00 | $195.00 |
| 12/22/22 | VV | Phone Call | Preparation for and conducted call with client re settlement strategy | 0.30 | 325.00 | $97.50 |
| 12/22/22 | VV | Correspondence | Email to Plaintiff's counsel with response to settlement offer | 0.20 | 325.00 | $65.00 |
| 12/29/22 | VV | Correspondence | Email to counsel for Plaintiff | 0.10 | 325.00 | $32.50 |
| | | | | Hours | | 1.90 |
| | | | | | Labor: | $617.50 |
| | | | | | Invoice Amount: | $617.50 |

FINANCE CHG. APPLIED AFTER 60 DAYS AT 1.6% MONTHLY

EXHIBIT C



FINANCE CHG. APPLIED AFTER 60 DAYS AT 1.6% MONTHLY

EXHIBIT C

Page: 2 of 2



**LaszloLaw**
**2595 Canyon Blvd. Suite 210**
**Boulder, CO 80302**
**Phone: 303-926-0410**
**Tax ID: 26-0118073**

Invoice submitted to:
**EXTRACT LABS, INC**
1399 Horizon Avenue
Lafayette, CO 80026,USA

**Invoice # 14110**

Invoice Date: 04/03/23
Terms: COD
Services Through: 04/03/23

| Date | By | Type | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| In Reference To: | **TAVAREZ v. EXTRACT (Professional Services)** | | | | | |
| 03/31/23 | VV | Review | Review of Court's Order dismissing case, review of rule re recovery of fees, email to client | 0.60 | 375.00 | $225.00 |
| | | | | Hours | | 0.60 |
| | | | | Labor: | | $225.00 |
| | | | | Invoice Amount: | | $225.00 |

FINANCE CHG. APPLIED AFTER 60 DAYS AT 1.6% MONTHLY

EXHIBIT C

Page: 1 of 1



**LaszloLaw**
2595 Canyon Blvd. Suite 210
Boulder, CO 80302
Phone: 303-926-0410
Tax ID: 26-0118073

Invoice submitted to:
**EXTRACT LABS, INC**
1399 Horizon Avenue
Lafayette, CO 80026,USA

**Invoice # 14140**

Invoice Date: 04/12/23
Terms: COD
Services Through: 04/12/23

| Date | By | Type | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| In Reference To: | | **TAVAREZ v. EXTRACT (Professional Services)** | | | | |
| 04/05/23 | VV | Research | Review statute for deadline to file ADA fee petition, update calendar | 0.30 | 375.00 | $112.50 |
| 04/05/23 | VV | Draft | Drafting Motion for Attorney Fees, review of Judge practice standards for Mtn for Fees, Review of FRCP 54/42 USC 12205 | 1.10 | 375.00 | $412.50 |
| 04/06/23 | VV | Draft | Drafting Motion for Attorney Fees | 3.40 | 375.00 | $1,275.00 |
| 04/07/23 | VV | Draft | Drafting Motion for Attorney Fees | 2.60 | 375.00 | $975.00 |
| 04/10/23 | VV | Draft | Continued Drafting of Motion for Attorney's Fees | 2.60 | 375.00 | $975.00 |
| 04/11/23 | VV | Draft | Revising Motion for Attorney Fees | 0.90 | 375.00 | $337.50 |
| 04/11/23 | VV | Draft | Drafting Declaration of Attorney Fees for ML and VV, Table of Authorities and Table of Contents | 1.70 | 375.00 | $637.50 |

Total Hours: 12.60
Total Labor: $4,725.00
**Total Invoice Amount:** **$4,725.00**

FINANCE CHG. APPLIED AFTER 60 DAYS AT 1.6% MONTHLY

EXHIBIT C

Page: 1 of 1