LASZLOLAW
Veronica L. Vecchio
vecchio@laszlolaw.com
2595 Canyon Blvd., Ste. 210
Boulder, CO 80302
Tel: (303) 926-0410
Fax: (303) 443-0758

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIANO TAVAREZ, Individually, and on behalf of d all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXTRACT LABS INC.,<br><br>Defendant. | No. 1:21-cv-09916-JPO<br><br>DECLARATION OF ATTORNEY'S FEES BY MICHAEL J. LASZLO |

I, Michael J. Laszlo, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    I am over 18 years of age, and I have personal knowledge of the matters stated in this Declaration.

    2.    I am an attorney of record for Defendant, Extract Labs, Inc., and am authorized to make the statements and representations herein.

    3.    I have been practicing law since 2006.

    4.    I am licensed to practice law in the states of Arizona, California Colorado, Ohio and Washington. I am also licensed in several federal district courts and courts of appeals.

    5.    I have participated in multiple court and jury trials in my career.

6. In connection with my work on this case, my hourly rate at the time services were provided was $375.00 per hour, which is reasonable in the community and commensurate with the rates of attorneys with like skill and experience.

7. The fees associated with my services total $3,375.00. This figure represents 9.0 hours of attorney time.

8. The figures set forth above were determined by reviewing pertinent time keeping and billing records maintained by LaszloLaw as a matter of course. A copy of these records is attached to Defendant's Memorandum of Law in Support of Defendant's Motion for Attorneys' Fees and Costs as Exhibit C. The billing records reflect the work performed and the party responsible for the work performed in chorological order.

9. No time spent was wasted, inappropriate or unnecessary. The fees charged by LaszloLaw are reasonable and commensurate with my experience and attorneys with like skill and experience.

Executed on the 12 day of April, 2023 at ~~Boulder~~ Broomfield, Colorado

Michael T Laszlo (printed name)

_____ (signature)

EXHIBIT D