## Web Page Blocked

Access to the web page you were trying to visit has been blocked in accordance with either your court unit's policy or Judiciary policy. Please contact your local IT support staff if you believe this is in error.

**User:** 156.121.227.129

**URL:** www.extractlabs.com/

**Category:** abused-drugs

Cited in Tavarez v Extract Labs Inc
21CV9916 Decided 3/30/23
Archived on 4/5/23
This document is protected by copyright.
Further reproduction is prohibited without permission.